**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANTONIO DE JESUS RIVERA GOMEZ,

Petitioner,

v.

DHS/OPLA,

Respondent.

Case No. 5:26-CV-04030-CTS

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus filed November 5, 2026 (ECF No. 13), IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 18, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE